**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Airrion Curtis AGEE, Defendant–
Appellant.**

No. 01–7252.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 27, 2001.

Decided Jan. 14, 2002.

Airrion Curtis Agee, Appellant Pro Se. James Brien Comey, Jr., Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Airrion Curtis Agee seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Agee,* No. CR–97–287 (E.D.Va. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*